# UNDER SEAL

# UNDER SEAL

1

|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **DISTRICT OF NEVADA** |

UNITED STATES OF AMERICA, et al., ex rel. DR. GEORGE G. SCLEPARIS,

    Plaintiffs,

v.

UNITED HEALTH GROUP, INC., et al.,

    Defendants.

Case No.: 2:17-cv-219-KJD-GWF

FILED *EX PARTE* AND UNDER SEAL

## ORDER

The Court having considered the Application by the Plaintiffs for a six-month extension of time, and good cause having been shown, it is hereby ORDERED that:

1) Said Application is GRANTED; and

2) The United States and the State of Nevada shall have up to and including September 28, 2018, to notify the Court of their decision whether to intervene in the above-captioned *qui tam* action or to notify the Court that they decline to do so; and

IT IS FURTHER ORDERED, except to the extent set forth in the Court's April 7, 2017, Order partially lifting the seal, the Complaint and all filings in this case otherwise shall remain UNDER SEAL until further Order of this Court unless the United States requests that the seal be lifted prior to that date and the Court so orders; and

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order upon counsel for the United States and the State of Nevada only and shall not serve a copy of this Order upon relator or relator's counsel or upon Defendants' or Defendants' counsel in this action.

So ORDERED, this 29th day of March, 2018.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE