Adam D. Smith, Esq.
Nevada Bar No. 9690
ADAM SMITH LAW
850 E. Bonneville Avenue
Las Vegas, Nevada 89101
T: (702) 929-2289
F: (702) 960-4454
asmith@adamsmithlaw.com

Gregory M. Utter
Joseph M. Callow, Jr.
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6400
Fax: (513) 579-6457
gmutter@kmklaw.com
jcallow@kmklaw.com

*Admitted Pro Hac Vice*

Joel D. Hesch
The Hesch Firm, LLC
3540 Ridgecroft Dr.
Lynchburg, Virginia 24503
Phone: (434) 592-4251

Attorneys for Relator, Dr. George G. Scleparis, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DR. GEORGE G. SCLEPARIS, M.D., <br><br>and <br><br>THE STATE OF NEVADA, *ex rel.* DR. GEORGE G. SCLEPARIS, M.D., <br><br>Relator/Qui Tam Plaintiffs, <br><br>-v- <br><br>UNITEDHEALTH GROUP INCORPORATED, et al., <br><br>Defendants | Case No.: 2:17-cv-00219-KJD-GWF <br><br>**ORDER GRANTING RELATOR'S MOTION FOR VOLUNTARY <u>DISMISSAL WITH PREJUDICE</u>** |

1

For good cause shown, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), it is HEREBY ORDERED that Dr. George G. Scleparis, M.D.'s ("Relator"), Motion for Voluntary Dismissal With Prejudice is GRANTED.

IT IS ALSO ORDERED THAT this Dismissal is without prejudice as to the United States of America.

SO ORDERED.

_____
Kent J. Dawson, U.S. District Judge
January 10, 2020